(124 So. 392)

**Russell DAVIS v. STATE. (7 Div. 923.)**

Supreme Court of Alabama. Oct. 31, 1929.

L. B. Rainey, of Gadsden, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

GARDNER, J. Petition of Russell Davis for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Davis v. State, 124 So. 391.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.